USCA1 Opinion

 

 February 22, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2341 GILBERT MAURICE GAUDREAU, Plaintiff, Appellant, v. COMMERCIAL CREDIT CORP., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Paul J. Barbadoro, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Gilbert Maurice Gaudreau on brief pro se. ________________________ ____________________ ____________________ Per Curiam. The complaint, which asserted libel in __________ purely conclusory terms, failed to state a libel claim because plaintiff did not describe any libelous statement. Despite warning provided by the magistrate's report that the complaint was too skeletal, plaintiff failed to remedy the deficiency. Consequently, the complaint was properly dismissed, and plaintiff's post-judgment motion was properly denied. Affirmed. ________ -2-